# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------x
DANIEL LASTRES,

                                        Plaintiff,

- against -

CITY OF NEW YORK; POLICE OFFICER NIKOLAOS
LIANDRAKIS, SHIELD # 14803, CAPTAIN CHRISTOPHER
TREUBIG (6TH PRECINCT), AND NYPD Officers JOHN and
JANE DOE 1 through 10, individually and in their official
capacities (the names John and Jane Doe being fictitious, as the
true names are presently unknown),

                                        Defendants.
-------------------------------------------------------------------------x

Index No. # 159808/2021

Law Dep't No.: 2021-002017

**CONSENT TO REMOVAL**

**POLICE OFFICER NIKOLAOS LIANDRAKIS**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest *in personam* jurisdiction or improper service of process.

Dated:    New York, New York

            December 10, 2021

                                                                   **Police Officer Nikolaos Liandrakis**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x
DANIEL LASTRES,

                           Plaintiff,

- against -

CITY OF NEW YORK; POLICE OFFICER NIKOLAOS
LIANDRAKIS, SHIELD # 14803, CAPTAIN CHRISTOPHER
TREUBIG (6TH PRECINCT), AND NYPD Officers JOHN and
JANE DOE 1 through 10, individually and in their official
capacities (the names John and Jane Doe being fictitious, as the
true names are presently unknown),

                           Defendants.
-------------------------------------------------------------------x

Index No. # 159808/2021

Law Dep't No.: 2021-002017

**CONSENT TO REMOVAL**

**CAPTAIN CHRISTOPHER TREUBIG**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest *in personam* jurisdiction or improper service of process.

Dated:    New York, New York

           December 3, 2021

                                                                Captain Christopher Treubig