UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/08/22
```

DANIEL LASTRES,

                      Plaintiff,

      v.

CITY OF NEW YORK, NIKOLAOS LIANDRAKIS, CHRISTOPHER TREUBIG, NYPD OFFICERS JOHN AND JANE DOE 1-10,

                      Defendants.

21-CV-10742 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On March 1, 2022, Defendant City of New York filed a letter requesting that this matter by stayed pending resolution the CCRB's investigation into the underlying incident. On March 7, 2022, the Court issued an order adjourning the parties' respective deadlines under Local Civil Rule 83.10, Plan for Certain § 1983 Cases Against the City of New York, until June 3, 2022. The Court has not received any updates regarding the CCRB's investigation or the status of this case. Accordingly, no later than June 15, 2022, the parties shall submit a joint letter confirming that they are in compliance with their respective obligations under the § 1983 Plan.

SO ORDERED.

Dated:    June 8, 2022
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge