UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/16/2022

DANIEL LASTRES,

                    Plaintiff,

            v.

CITY OF NEW YORK, NIKOLAOS LIANDRAKIS, *Police Officer with Shield # 14803*, CHRISTOPHER TREUBIG, *Captain, 6th Precinct*, JOHN and JANE DOES 1–10, *NYPD Officers, individually*, and JOHN and JANE DOES 1–10, *NYPD Officers, in their official capacities*,

                    Defendants.

No. 21-cv-10742 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      It has been reported to this Court that a mediation conference held on November 2, 2022 failed to resolve any of the claims in this action. *See* Dkt. 15. Accordingly, the parties are directed to file a joint letter and proposed case management plan and scheduling order no later than November 29, 2022. The joint letter should propose next steps in this action, including the status of discovery, whether either party intends to file any dispositive motions, and what steps have been taken to settle this matter. A template for the proposed case management plan and scheduling order is available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:   November 16, 2022
            New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge