UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL LASTRES,

                Plaintiff,

      v.

CITY OF NEW YORK, POLICE OFFICER NIKOLAOS LIANDRAKIS, *Shield # 14803*; CAPTAIN CHRISTPHER TREUBIG, *6th Precinct*; and NYPD OFFICERS JOHN AND JANE DOE 1–10, *individually and in their official capacities*,

                Defendants.

21-cv-10742 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the post-fact discovery conference previously set in this action for Thursday, May 11, 2023, at 2:00 p.m. is hereby rescheduled for 10:30 a.m. the same day, May 11, 2023. Should this present a conflict for either party, they may make an application to the Court by letter for further adjournment.

SO ORDERED.

Dated:     May 9, 2023
            New York, New York

                                        Hon. Ronnie Abrams
                                        United States District Judge