```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL LASTRES,

                Plaintiff,

       v.

CITY OF NEW YORK, POLICE OFFICER NIKOLAOS LIANDRAKIS, CAPTAIN CHRISTOPHER TREUBIG, and NYPD OFFICERS JOHN AND JANE DOE 1–10, *individually and in their official capacities*,

                Defendants.

21-cv-10742 (RA) (SLC)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    At the post-fact discovery conference held May 11, 2023, the parties requested that the Court extend fact discovery for a final thirty (30) day period, during which time Defendants will obtain the releases for additional medical facilities which provided Plaintiff Lastres' treatment, and determine whether to reopen Plaintiff's deposition. That request is granted, and the time by which to complete fact discovery is hereby extended until June 12, 2023.

SO ORDERED.

Dated:   May 12, 2023
           New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge